# AGREEMENT



**Luxor Building Group, LLC**
3494 S Beglis PKWY
Sulphur, LA 70665
LuxorCG.com
Info@LuxorCG.com
INC  1-888-766-3164
**LICENSE NUMBER #LA562208**

Tyler Cobb
**Project Manager**

513-652-6811 - Tyler@LuxorCG.com
**Phone Number**



| Owner | Date | Email |
|---|---|---|
| INVEST IN AMERICAS VETERANS FOUNDATION LOUISIANA INC | 02/18/2021 | cwalker@lippes.com |

| Street | Cell Phone | Work Phone |
|---|---|---|
| 10501 Curran Boulevard Building #16 | (904) 334-8638 | |

| City | State | Zip | Home Phone |
|---|---|---|---|
| New Orleans | LA | 70127 | |

Furnish All Materials, Labor, and Permits. Protect Property as Needed Daily. Delivery Instructions

### ROOF SPECS
- Tear Off Existing Roof Type: Shingle
- Inspect All Sheathing for Nailable Surfaces
- Install Ice/Water Shield Around All Penetrations and to Code
- Underlayment  15lb.  30lb. ✓  Other: Synthetic
- Metal Edge Color: White
- Install New Roof with: GAF
- Color to be: TBD     Customer Initial: C.W.
- Appropriate Nails: 1 1/4 Electro Galv
- Valley: Close      ✓ Closed   Open
- Hip and Ridge to Cap Off Roof
- Ventilation   Box  ✓ Ridge   Other: _____
- Pipe Flashings: Lead Boots
- Seal Around All Vents, Pipes, and Flashings  ✓
- Clean All Gutters/Downspout Debris ✓
- Haul Away All Debris ✓
- Roll Magnetic Roller Around to Protect Area ✓

ADDITONAL DETAILS:
All items per insurance scope

### SIDING SPECS
- Tear Off Existing Siding Type: _____
- Inspect All Sheathing for Nailable Surfaces: _____
- Install   House Wrap   Insulation Board
- Install New Siding with: _____
  Size: _____  Profile: _____  Color: _____
- Ventilation: _____
- Seal Around All Trim and Openings: _____
- Haul Away All Debris
- Roll Magnetic Roller Around to Protect Area

### GUTTER SPECS
- Tear Off Existing Gutters Type: 6" White Pre-Finished ALUM
- Inspect All Fascia Boards ✓
- Install New Prefinish Seamless Gutters    5"  ✓ 6"  Other: _____
- Color to be: White       Customer Initial: _____
- Hidden Hanger Attachment with Screws
- Install New Prefinish Downspouts
   2x3  ✓ 3x4   Other: _____
- Gutter Protection: N/A
- Seal Around All End Caps, Meters and Outlets ✓
- Haul Away All Debris ✓
- Roll Magnetic Roller Around to Protect Area ✓

**2 Year Labor Warranty**

### IF INSURANCE CLAIM IS INVOLVED

Luxor Building Group LLC is approved to meet customer's Insurance Company on site for scope of work to be completed. This Agreement is contingent upon insurance company price and approval. This does not obligate the Customer or Luxor Building Group LLC in any way until it is approved by the Customer's Insurance Company and accepted by Luxor Building Group LLC. In situations where supplements for additional work and necessary work outside of the original scope of work (ex. Additional layers or mis-measurements) Luxor Building Group LLC will seek approval from the Insurance Company and full payment from owner. Customer's out of pocket expense is not to exceed deductible plus upgrades for non-insurance related claim items. Luxor Building Group LLC is entitled to 25% of the insurance claim for agreed upon trades if customer breaches contract after 3 days. Luxor Building Group LLC is not responsible for any repairs to landscaping, stains on driveway nor any property impacted by the delivery of materials. Payment Method: Customer Agrees to pay the Actual Cash Value (ACV) for the agreed scope of work including their deductible as a deposit to begin the repairs. Customer Agrees to Payment In Full Upon The Completion of Each Trade.

- Insurance Company: AMRISC    Date of Loss: 10/28/2020    Claim#: CLM-35422

|  | | | |
|---|---|---|---|
| **ROOFING ESTIMATE** | Repair<br>✓ Replacement: INSURANCE RCV + SUPPLEMENTS | | $ INS RCV + SUPPLEMENTS |
| **SIDING ESTIMATE** | Repair<br>Replacement: _____ | | $ _____ |
| **GUTTER ESTIMATE** | Repair<br>✓ Replacement: INSURANCE RCV + SUPPLEMENTS | | INS RCV + SUPPLEMENTS |

Misc Estimate for: ALL ITEMS ON SCOPE PER XACTIMATE + SUPPLEMENTS     $ INS RCV + SUPPLEMENTS
Additional Upgrades or Non-Insurance Related Items: _____     $ _____
Overhead & Profit for the Complexity of Multiple Trades: 10% & 10% PER INS SCOPE     $ INS RCV + SUPPLEMENTS
Total Cost: INSURANCE RCV + O&P + SUPPLEMENTS     $ INS RCV + SUPPLEMENTS
Accepted by Owner - By: e-Signed by Christopher Walker     Date: 02/19/2021
Representative Signature: e-Signed by Tyler Cobb     Date: 02/18/2021

## COMPOSITE EXHIBIT "A"

**LUXOR BUILDING GROUP INC**
INDUSTRY LEADER SINCE 1995

Luxor Building Group, LLC
3494 S Beglis PKWY
Sulphur, LA 70665
LuxorCG.com
Info@LuxorCG.com
1-888-766-3164

# ADDITIONAL TERMS AND CONDITIONS

1. **Approval / General Contractor.** This Agreement is subject to the credit pricing approval of the management of Company. Customer acknowledges that Company is a general contractor and as such will be entitled to 10% overhead and 10% of profit, as allowed by Customer's insurance company and state standards.
2. **Agreed Price.** The full amount of all monies as specified by the Agreed Price does not include and extras such as carpentry repairs or any other repairs not specified in this Agreement or not covered by the Agreed Price that are necessary to complete the repair or replacement process as required by local building codes or to cosmetically satisfy customer.
3. **Materials.** All materials provided by Company will be standard stock materials, unless otherwise specified, and will match existing materials within reasonable tolerance as to color, design, ect. Notwithstanding the foregoing, other products and materials may be substituted for equivalent products due to availability. Customer understands that there is a 2-day minimum charge for all drying, water extraction, and dehumidification equipment provided by Company. All excess materials remain the property of Company.
4. **Access to Property.** The prices and terms of Company's estimate and this Agreement are based upon completion of the work during normal working hours, and Customer agrees to provide Company access to Customer's property as required for completion of work. Customer will be responsible If any interruptions of Company's work results from the Customer's failure to provide reasonable access or due to the acts of negligence of others not under Company's direction. Company shall not be responsible for damages arising from delay due to inclement weather, strikes, fries, accidents, delays in shipments or delivery of materials, or any cause beyond the Company's reasonable control. Customer agrees that Customers telephone, electricity and water will be made to Company's personnel during the course of work. Customer will also furnish at its expense, single phase, 220-volt, 50-amp electrical service. Company shall not be responsible for protection of Customer's property, except to provide that protection which is specifically called for under the specification provided by this Agreement. Customer agrees to remove, store and/or protect personal property during Company's work. Customer will manage and be responsible for protection of vehicles and property exposed to damage by Company's work.
5. **Job Completion.** Job completion shall be on that date on which Company's work is substantially finished (as distinguished from the date of the Customer's acceptance thereof) or the date of the Company's last item of work on the property, whichever is earlier. Customer's failure to make prompt payments shall entitle Company, on forty-eight (48) hours' written notice, to stop work. The Agreed Price shall be increased by Company's reasonable costs to stop the reject and/or resume work. In the event Customer chooses not to pay for a part of work, and individual line item, or a trade, Customer releases Company of its obligations for the performance of that component with regard to the integrity of the building system as a whole.
6. **Insurance/Mortgage Company.** Customer herby authorizes its insurance and/or mortgage company listed on the front of this Agreement t pay Company directly for all the work and materials provided by Company to accomplish Customer's replacement or repair. Customer further directs its insurer and/or mortgage to include Company as a payee on all checks or drafts or hereafter payable for such loss. Company reserves the right to supplement Customer's insurance and/or Mortgage Company for increases in the scope of work and/or documented price increases. Customer agrees to allow these supplements to be paid directly to Company. Company makes no representations of warranties regarding Customer's insurance coverage or if Customer's insurer will pay for all or any of the work to be performed by Company under this Agreement. Customer agrees to pay Company in full for all work performed by Company under this Agreement, regardless of Customer's insurance coverage. Customer also agrees to pay Company directly for all amounts, despite depreciation or delectable, and to also pay for additional work not covered by Customer's insurer and that said amounts must be paid for before job completion. In the event Customer breaches this Agreement, Customer agrees to pay Company: a) in full, on a time and materials basis, for all work and materials provided by Company as of the date of such breach; and b) a consulting and adjusting fee equal to 20% of the total cost of the work and materials provided by Company as of the date of such breach, which free represents the industry standard for reasonable profit and overhead generally paid by the insurance industry and is not a penalty.
7. **Limited Warranty.** A written limited warranty may be offered on workmanship and materials provided pursuant to this Agreement on the terms and conditions reflected in any written limited warranty materials provided at the time of sale. If Company is not paid in accordance with this Agreement, all such warranties are null and void.
8. **Past Due Amounts.** Customer agrees to pay a service charge of 8% per annum on all balances 30 days or more past due. Customer also agrees to pay for all collection costs, including employee time and expense and all attorneys' fees and costs Company incurs in either collection and/or protection of its interests in Customer's past due account or performance of this Agreement.
9. **Hazardous Materials.** Nothing contained in this Agreement shall be instructed to require Company t determine the presence of absence off any hazardous materials or asbestos-containing materials affecting the property or to require Company to remove or protect such materials. In the event that Company learns of the presence of such materials on Customer's property, Company reserves the right to immediately stop work and negotiate a change order for such additional work as may be required.
10. **Liability.** Company is not responsible for damage or loss caused in whole or in part by: the acts or omissions of other parties, trades of contractors, lightening, gale force winds (+50 m.p.h.), hailstorms, ice damage, ice dams (caused by thawing and freezing of ice water or snow) hurricanes, tornadoes, floods, earthquakes or other unusual phenomena of the elements, structural settlement; failure, movement, cracking or excess deflection of the roof deck; defects or failure of materials used as a roof substrate over which Company's roofing material is applied; faulty condition of parapet walls, copings, chimneys, skylights, vents, supports or other parts of the building; vapor condensation beneath the roof; penetrations for pitch boxes; erosion, cracking and porosity of mortar and brick, dry rot; stoppage of roof drains and gutters; penetration of the roof from beneath by rising fasteners of any type; inadequate drainage, slope or other conditions beyond the control of Company which cause ponding or standing water; terminates or other insects; rodents or other animals; fire; or harmful chemicals, oils, acids and the like that come into contact with Customer's roof and cause a leak or otherwise damage Customer's roof. IF Customer's roof fails to maintain a watertight conditions because of the damage by reason of any of the foregoing, any applicable written limited warranty shall immediately become null and void for the balance of its term, Company accepts no liability to indemnify or hold Customer harmless for claims or damages t persons or property, except to the extent that such damage occurs during performance of Company's work and are the direct result of Company's error or omission. Notwithstanding the foregoing, Company shall not be responsible for damages to any area f the property upon which the Company's work has not been completed nor is Company responsible for slight scratching or denting of gutters, oil droplets in driveways, hairline fractures in concrete, damage to flowers or landscaping, or minor broken branches on trees, plants or shrubbery. In no event shall Company be responsible for any type of damage resulting from vibration, including, but not limited to, Interior drywall damage, nail pops or disconnection of chimneys, flues, air ducts, ventilation shafts, exhaust vents, furnace vents or sewer vents. Customer understands and agrees that Company shall have no responsibility for damages of any kind to persons or property occurring after job completion.
11. **Hold Harmless.** Customer agrees to hold company harmless in connection with the work described herein and that Customer's maximum recourse shall be, and Company's maximum liability under this Agreement shall be limited to, the amount Company billed to Customer. Customers understands and acknowledges that Company does not warrant or guarantee previous workmanship or pre-existing materials, nor any materials or labor not originally provided by Company. Company shall not be responsible for latent defects un materials and accessories supplied. Company shall not be responsible for rework required as result of the acts or errors of others.
12. **Liens.** Should default be made in payment of this Agreement, a lien will be placed on the property and chargers will be added from the date of substantial completion at the maximum rate allowed by law. If placed in hand of an attorney for collection, Customer will pay all attorney and legal fees.

**PRE-LIEN NOTICE: COMPANY HEREBY PROVIDES NOTIFICAION THAT ANY PERSON OR COMPANY SUPPPYING LABOR OR MATERIAL FOR THIS IMPROVEMENT TO YOUR PROPERTY MAY FILE A LIEN AGAINST YOUR PROPERTY IF THAT PERSON OR COMPANY IS NOT PAID FOR THE CONTRIBUTIONS.**

13. **Entire Agreement.** This Agreement constitutes the entire Agreement and understanding of Company and Customer relating to all of the subject matter. ANY REPRESENTATION, STATEMENTS, OR OTHER COMMUNCATIONS NOT WRITTEN IN THIS AGREEMENT, OR MADE IN WRITING PURSUANT THERETO, ARE AGREED TO BE INVALID AND NOT RELIED ON BY EITHER PARTY AND DO NOT SURVIE THE EXECUTION OF THIS AGREEMENT.
14. **Amendment.** If this Agreement is not cancelled by Customer within three (3) business days after the date of this Agreement, this Agreement cannot be canceled or amended without written mutual agreement of both parties.
15. **Reformation/Severability.** Company and Customer intend and agree that if a court of competent jurisdiction determines that the scope of any provision of this Agreement is to broad to be enforced as written, the court should reform such provision(s) to such narrower scope and it determines to be enforceable. Company and Customer further agree that if any provision of this Agreement is determined to be unenforceable for any reason, and such provision cannot be reformed by the court as anticipated above, such provision shall be deemed separate and severable and the unenforceability of any such provision shall mot invalidate or render unenforceable any of the remaining provisions hereof.

By signing the front, Customer agrees Company is not responsible for interior damage caused by previous leaks, including those created after signing but before the roof instillation and leaks created outside of the contracted roofing system including installation of satellite dishes, lightning rods, solar tubes or solar panels.

Customer agrees Company is not responsible for any landscaping damage, driveway stains during the installation process and any damage to the driveway or property due to the delivery of materials by the Roofing supplier.

**THE TERMS ON THE REVERSE SIDE HEREOF ARE SPECIFICALLY AGREED TO TEND INCOPERATED HEREIN.**

**LICENSE NUMBER #LA562208**

# Luxor - Contract Amendment

Final Audit Report                                                      2021-05-24

| | |
|---|---|
| Created: | 2021-05-24 |
| By: | David Bakovic (tyler@luxorcg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIbwBGEzWSW0U8I488flbNTQWnljmmtsO |

## "Luxor - Contract Amendment" History

- Document created by David Bakovic (tyler@luxorcg.com)
  2021-05-24 - 6:22:46 PM GMT- IP address: 174.248.144.61

- Document e-signed by David Bakovic (tyler@luxorcg.com)
  Signature Date: 2021-05-24 - 6:24:47 PM GMT - Time Source: server- IP address: 174.248.144.61

- Document emailed to Rick Wheat (rick.wheat@patriotservices.org) for signature
  2021-05-24 - 6:24:49 PM GMT

- Email viewed by Rick Wheat (rick.wheat@patriotservices.org)
  2021-05-24 - 6:33:03 PM GMT- IP address: 98.231.74.207

- Document e-signed by Rick Wheat (rick.wheat@patriotservices.org)
  Signature Date: 2021-05-24 - 6:34:46 PM GMT - Time Source: server- IP address: 98.231.74.207

- Agreement completed.
  2021-05-24 - 6:34:46 PM GMT

Adobe Sign