UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRIOT SERVICES GROUP LOUISIANA,
INC., a Louisiana corporation,

        Plaintiff,

v.                                Case No: 2:22-cv-00011-SPC-NPM

LUXOR CONTRACTING GROUP, INC.
a Florida corporation,

        Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Luxor Contracting Group, Inc., by and through its undersigned counsel, respectfully moves for an extension of time up to and including February 28, 2022, to respond to Plaintiff's Complaint, and states the following in support:

1. On or about January 7, 2022 Plaintiff filed the Complaint (Doc. 1)

2. On or about January 15, 2022, the Defendant was served with the Complaint, making the response date February 7, 2022.

3. Defendant's Counsel was retained on February 7, 2022.

4. The undersigned is in the process of intaking Defendant's files and assessing the pleadings to formulate a response.

5. Defendant's counsel conferred with Plaintiff's counsel on the subject of an extension to respond to the Complaint on February 7, 2022 and Plaintiff has no objection.

6. Accordingly, the undersigned requests a brief extension of time to respond to the Complaint.

## MEMORANDUM OF LAW

The Court may grant an enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). Defendant's request for an extension is made in good faith and does not prejudice Plaintiff. Permitting the extension will enable Defendants to develop a response to the allegations in the Complaint following analysis of the relevant files. For these reasons, Defendant request that the Court extend the deadline to respond to the Complaint.

## LOCAL RULE 3.01(G) CERTIFICATION

Defendant's counsel certifies that the undersigned has conferred with Plaintiff's counsel and that Plaintiff does not oppose the relief requested in this Motion.

WHEREFORE, Defendant, Luxor Contracting Group, Inc. respectfully requests an extension of time up to and including February 28, 2022, to respond to Plaintiff's Complaint.

Dated this 7th day of February, 2022

            Respectfully submitted,

            SPIRE LAW, LLC
            2572 W. State Road 426, Suite 2088
            Oviedo, Florida 32765

            By: */s/ Jesse I. Unruh*
               Jesse I. Unruh, Esq.
               Florida Bar No. 93121
               jesse@spirelawfirm.com
               laura@spirelawfirm.com
               sarah@spirelawfirm.com
          Attorney for Defendant | Luxor
          Contracting Group, Inc

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 7th day of February, 2022, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to: Adam B. Edgecombe, 10151 Deerwood Park Boulevard Building 300, Suite 300 Jacksonville, FL 32256 aedgecombe@lippes.com; jgarmon@lippes.com.

            */s/ Jesse Unruh*
            Attorney