UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PATRIOT SERVICES GROUP LOUISIANA,
INC., a Louisiana corporation,

        Plaintiff,

v.                                          Case No: 2:22-cv-00011-SPC-NPM

LUXOR CONTRACTING GROUP, INC.
a Florida corporation,

        Defendants.

_____/

## DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER

Defendant, Luxor Contracting Group, Inc. ("Luxor"), by and through its undersigned counsel, respectfully responds to this Court's Show Cause order (Doc. 16) addressing the absence of a response to Plaintiff's Complaint.

This matter is before the Court due to earnest efforts between counsel to work out an efficient resolution to the issues raised in Defendant's Motion to Dismiss. This lawsuit was filed on January 7, 2022 and, following an initial extension of the response deadline (Doc. 12), the Parties began discussions about the background facts of this matter—one of the issues being explored was the appropriate legal entity to be identified as the defendant. While discussions were ongoing between counsel for the Parties, the response deadline to the Complaint arose and Defendant responded to Plaintiff's Complaint with a Motion to Dismiss

1

(Doc. 14). Through oversight, Defendant's Motion omitted the Rule 3.01(g) certification, and the Court thereafter denied the Motion.

Counsel for the Parties renewed discussions related to the identity of the legal entity at issue and Plaintiff's counsel indicated that Plaintiff was considering amendment of the Complaint rather than moving forward with pleadings as they stood at the initiation of the matter. The undersigned agreed to not renew the Motion to Dismiss while Plaintiff considered amendment to the Complaint because a renewed motion would be an inefficient use of the Parties' and Court's resources if an Amended Complaint was imminent.

The undersigned and Plaintiff's Counsel discussed this matter earlier today and Mr. Adam Edgecombe confirmed Plaintiff's intent to amend the Complaint and anticipates doing so on or before March 25, 2022. Accordingly, the undersigned respectfully requests that the Court discharge its Show Cause Order (Doc. 16). Upon amendment of the Complaint, the undersigned anticipates reviewing the new pleading and developing a response thereto within the timeframes set forth in Federal Rule of Civil Procedure 15(a)(3).

## LOCAL RULE 3.01(G) CERTIFICATION

Defendant's counsel certifies that the undersigned has conferred with Plaintiff's counsel and that Plaintiff does not oppose the relief requested in this response.

WHEREFORE, Defendant, Luxor Contracting Group, Inc. respectfully requests the Court discharge its Show Cause Order (Doc. 16) in anticipation of an amended Complaint in this matter.

Dated this 17th day of March, 2022

                        Respectfully submitted,

                        SPIRE LAW, LLC
                        2572 W. State Road 426, Suite 2088
                        Oviedo, Florida 32765

                        By:   */s/ Jesse I. Unruh*
                                Jesse I. Unruh, Esq.
                                Florida Bar No. 93121
                                jesse@spirelawfirm.com
                                laura@spirelawfirm.com
                                sarah@spirelawfirm.com
                    Attorney for Defendant | Luxor
                    Contracting Group, Inc

## CERTIFICATE OF SERVICE

I hereby Certify that on this 17th day of March, 2022, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to: Adam B. Edgecombe, 10151 Deerwood Park Boulevard Building 300, Suite 300 Jacksonville, FL 32256 aedgecombe@lippes.com; jgarmon@lippes.com.

                        */s/ Jesse Unruh*
                        Attorney