# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

---

PATRIOT SERVICES GROUP LOUISIANA,
INC., a Louisiana corporation,

Plaintiff,

v.

LUXOR CONTRACTING GROUP, INC.,
a Florida corporation, and
LUXOR BUILDING GROUP, LLC,
a Louisiana limited liability company,

Defendants.

Docket No.:
2:22-cv-00011-SPC-NPM

JURY TRIAL DEMANDED

---

## JOINT RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, PATRIOT SERVICES GROUP LOUISIANA, INC. ("Plaintiff) and Defendants, LUXOR BUILDING GROUP, LLC ("Luxor Louisiana") and LUXOR CONTRACTING GROUP, INC. ("Luxor Florida") (collectively, "Defendants"), hereby respond to the Court's March 28, 2022 Order to Show Cause and state:

1. Plaintiff is a Louisiana corporation with its principal place of business in New Orleans, Louisiana.

2. Luxor Louisiana is a Louisiana limited liability company organized under whose sole member, David Bakovic, is a citizen of Florida (*see* Exhibit "A" hereto).

3. Luxor Florida is a Florida corporation with its principal place of business in Port Charlotte, Florida (*see* Exhibit "B" hereto).

4. Pursuant to 28 U.S.C. § 1332(a)(1), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000… between-- (1) citizens of different States . . .".

5. A limited liability company is a citizen of every state in which one of its members is a citizen. *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).

6. Pursuant to 28 U.S.C. § 1391(b)(1), "[a] civil action may be brought in-- (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located…"

7. Pursuant to 28 U.S.C. § 1404(a), "[f]or the ***convenience of parties and witnesses***, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." (emphasis added).

8. Defendants are both citizens of Florida, as Luxor Florida is a Florida corporation and Luxor Louisana's sole member resides in Florida.

9. Additionally, Plaintiff believes that the state of Florida will be the most convenient forum for this litigation because:

    a. The Parties' chosen counsel are each located and licensed in the state of Florida;

    b. The key witnesses in this case are citizens of the state of Florida;

    c. The majority of the material events in this matter occurred in the state of Florida; and

d. Any final judgment entered in this matter would likely be enforced in the state of Florida.

10. Plaintiff's counsel has conferred with Defendants' counsel, and Defendants do not join in or stipulate to the claims made in Paragraph 9, above, but otherwise join in and agree with the rest of this Response.

WHEREFORE, Plaintiff, PATRIOT SERVICES GROUP LOUISIANA, INC. and Defendants, LUXOR CONTRACTING GROUP, INC. and LUXOR BUILDING GROUP, LLC, respectfully request this Court enter an order regarding whether there is cause for this matter to remain before this Court, and granting such further relief as the Court deems just and proper.

Dated: April 8, 2022

| **LIPPES MATHIAS LLP** | **SPIRE LAW, LLC** |
|---|---|
| /s/ Adam B. Edgecombe | /s/ Jesse I. Unruh |
| **Adam B. Edgecombe, Esq.** | **Jesse I. Unruh, Esq.** |
| Florida Bar No. 73487 | Florida Bar No. 93121 |
| **Travis S. McConnell, Esq.** | 2572 W. State Road 426, Suite 2088 |
| Florida Bar No. 303702 | Oviedo, FL 32765 |
| 10151 Deerwood Park Boulevard | jesse@spirelawfirm.com |
| Building 300, Suite 300 | laura@spirelawfirm.com |
| Jacksonville, FL 32256 | sarah@spirelawfirm.com |
| (904) 660-0020   Telephone | *Attorney for Defendants* |
| (904) 660-0029   Facsimile | |
| aedgecombe@lippes.com | |
| tmcconnell@lippes.com | |
| dgayle@lippes.com | |
| *Counsel for Plaintiff* | |

# EXHIBIT A



"

# Real Property Information for 412122407003 for the 2022 Tax Roll

**The Charlotte County Property Appraiser makes every effort to produce and publish the most current and accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use, or its interpretation.
If a discrepancy is discovered in your property's records, or those of another, please bring it to our attention immediately.**

## Owner:

| |
|---|
| BAKOVIC DAVID A & STACEY <br> 9278 KEY WEST ST <br> PORT CHARLOTTE, FL 33981 |

Ownership current through: 3/24/2022

## Property Location:

| | |
|---|---|
| **Property Address:** | 9278 KEY WEST ST |
| **Property City & Zip:** | PORT CHARLOTTE 33981 |
| **Business Name:** | |

## General Parcel Information

| |
|---|
| **Taxing District:** |
| 006 |
| **Current Use:** |
| SINGLE FAMILY |
| **Future Land Use (Comp. Plan):** |
| Low Density Residential |
| **Zoning Code:** |
| RSF3.5 |
| **Market Area / Neighborhood / Subneighborhood:** |
| 02/04/00 |
| **Map Number:** |
| 3B22S |
| **Section/Township/Range:** |
| 22-41-21 |
| **SOH Base Year:** |
| 2009 |
| **Waterfront:** |
| NO |

## Sales Information

| Date | Book/Page | Instrument Number | Selling Price | Sales code | Qualification/Disqualification Code |
|---|---|---|---|---|---|
| 3/1/1995 | 1401/183 | 353775 | $14,300 | VACANT | |
| 4/1/2004 | 2445/449 | 1185890 | $27,500 | VACANT | 00 |

| Date | Book/Page | Instrument Number | Selling Price | Sales code | Qualification/Disqualification Code |
|---|---|---|---|---|---|
| 12/18/2007 | 3242/915 | 1726123 | $100 | VACANT | 19 |

Click on the book/page or the instrument number to view transaction document images on the Clerk of the Circuit Court's web site.

Click on Qualification/Disqualification Code for a description of the code. Codes are not available prior to 2003.

## FEMA Flood Zone (Effective 5/5/2003)

| Firm Panel | Floodway | SFHA | Flood Zone | FIPS | COBRA | Community | Base Flood Elevation (ft.) | Letter of Map Revision (LOMR) |
|---|---|---|---|---|---|---|---|---|
| 0214F | OUT | IN | 8AE | 12015C | COBRA OUT | 120061 | 8 | |

*If parcel has more than 1 flood zone, refer to the flood maps available on the GIS web site by clicking on View Map below. Flood term definitions.

For more information, please contact Building Construction Services at 941-743-1201.

## 2021 Value Summary

| Approach | Land | Land Improvements | Building | Damage | Total |
|---|---|---|---|---|---|
| **Cost Approach** | $9,000 | $41,464 | $292,903 | $0 | $343,367 |
| **Income Approach** | | | | | N/A |
| **Market Approach** | | | | | $363,969 |
| **Classified Value** | | | | | N/A |

## 2021 Certified Tax Roll Values, as of January 1, 2021

| Approach | County | City | School | Other |
|---|---|---|---|---|
| **Certified Just Value** (Just Value reflects 193.011 adjustment.): | $309,374 | $309,374 | $309,374 | $309,374 |
| **Certified Assessed Value:** | $199,203 | $199,203 | $199,203 | $199,203 |
| **Certified Exemption -** 01 Homestead | $25,000 | $25,000 | $25,000 | $25,000 |
| **Certified Exemption -** 17 Additional up to $25,000 Homestead | $25,000 | $25,000 | $0 | $25,000 |
| **Certified Taxable Value:** | $149,203 | $149,203 | $174,203 | $149,203 |

## Land Information

| Line | Description | Land Use | Zoning | Unit Type | Units | Depth | Table/ Factor | Acreage |
|---|---|---|---|---|---|---|---|---|
| 1 | PCH 081 4530 0004 | 0100 | RSF3.5 | LOT | 1 | 0 | | 0 |

Land Value may be adjusted due to scrub jay habitat. You can access the Board of County Commissioner's website to determine if this parcel is within scrub jay habitat. For more information on scrub jay habitat whith Charlotte County, see the County's Natural Resources web site.

## Land Improvement Information

| Code | Description | Size | Year Built | Year Condition |
|---|---|---|---|---|
| 0315 | Paving - Conc Pavers On Sand (sq. Ft.) | 160 | 2009 | 2009 |
| 0360 | Paving - Coated Concrete (sq. Ft.) | 875 | 2017 | 2017 |
| 0372 | Driveway - Concrete Pavers On Sand (sq. Ft.) | 696 | 2009 | 2009 |
| 0500 | Spa - Gunite - Connected To Pool (sq. Ft.) | 54 | 2017 | 2017 |
| 0510 | Pool - Gunite (sq. Ft.) | 450 | 2017 | 2017 |

View Building Sketch

## Building Information

| Building Number | Description | Quality | Building Use | Year Built | Year Cond | Floors | Rooms | Bedrooms | Plumbing Fixtures | Area | A/C Area | Total Area |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Single Family | 3 | 0100 | 2008 | 2008 | 1 | 7 | 4 | 15 | 2646 | 2646 | 3424 |

## Building Component Information

| Bld # | Code | Description | Category | Area | Percent | Year Built | Year Cond | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | 701 | Attached Garage (SF) | Garage/Carport | 483 | 100 | 2008 | 2008 | Appendage Component |
| 1 | 736 | Garage Finish, Attached (SF) | Garage/Carport | 483 | 100 | 2008 | 2008 | Appendage Component |
| 1 | 904 | Slab Porch (SF) with Roof | Porch/Deck | 175 | 100 | 2008 | 2008 | Appendage Component |
| 1 | 904 | Slab Porch (SF) with Roof | Porch/Deck | 120 | 100 | 2008 | 2008 | Appendage Component |
| 1 | 169 | Masonry, Stucco on Block | Exterior Walls | 0 | 100 | 2008 | 2008 | Construction Component |
| 1 | 204 | Clay Tile or Concrete Tile | Roofing | 0 | 100 | 2008 | 2008 | Construction Component |
| 1 | 351 | Warmed & Cooled Air | Heating/Cooling | 0 | 100 | 2008 | 2008 | Construction Component |
| 1 | 402 | Automatic Floor Cover Allowance | Floor Cover | 0 | 100 | 2008 | 2008 | Construction Component |
| 1 | 601 | Plumbing Fixtures (#) | Miscellaneous | 1 | 100 | 2008 | 2008 | Construction Component |
| 1 | 602 | Plumbing Rough-ins (#) | Miscellaneous | 1 | 100 | 2008 | 2008 | Construction Component |
| 1 | 621 | Slab on Grade (% or SF) | Miscellaneous | 0 | 100 | 2008 | 2008 | Construction Component |
| 1 | 40529 | Security System | Segregated Costs | 1 | 100 | 2008 | 2008 | Construction Component |
| 1 | 40531 | Vacuum Cleaner System (#) | Segregated Costs | 1 | 100 | 2008 | 2008 | Construction Component |
| 1 | 44549 | Single Family Res Water & Waste Water Service | Segregated Costs | 1 | 100 | 2008 | 2008 | Construction Component |

## Legal Description:

| Short Legal: | Long Legal: |
|---|---|
| PCH 081 4530 0004 | PORT CHARLOTTE SEC81 BLK4530 LT 4 1401/183 2445/449 3242/915 |

**Data Last Updated: 4/7/2022- Printed On: 4/7/2022.**

Copyright 2020 Charlotte County Property Appraiser. All rights reserved.

# EXHIBIT B

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
LUXOR CONTRACTING GROUP, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P05000072544 |
| **FEI/EIN Number** | 20-2863041 |
| **Date Filed** | 05/17/2005 |
| **Effective Date** | 05/17/2005 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 06/06/2011 |

**Principal Address**

9278 KEY WEST STREET
PORT CHARLOTTE, FL 33981

**Mailing Address**

9278 KEY WEST STREET
PORT CHARLOTTE, FL 33981

**Registered Agent Name & Address**

BAKOVIC, DAVID
9278 KEY WEST ST
PORT CHARLOTTE, FL 33981

Name Changed: 05/12/2008

Address Changed: 05/12/2008

**Officer/Director Detail**

**Name & Address**

Title PD

BAKOVIC, DAVID
9278 KEY WEST STREET
PORT CHARLOTTE, FL 33981

Title vice president

Donnelly, Christopher
9278 KEY WEST STREET
PORT CHARLOTTE, FL 33981

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2019 | 04/26/2019 |
| 2020 | 02/21/2020 |
| 2021 | 04/28/2021 |

**Document Images**

| | |
| --- | --- |
| 04/28/2021 -- ANNUAL REPORT | View image in PDF format |
| 02/21/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2013 -- ANNUAL REPORT | View image in PDF format |
| 03/21/2012 -- ANNUAL REPORT | View image in PDF format |
| 06/06/2011 -- REINSTATEMENT | View image in PDF format |
| 08/04/2009 -- ANNUAL REPORT | View image in PDF format |
| 05/12/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2007 -- ANNUAL REPORT | View image in PDF format |
| 01/29/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/17/2005 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations