## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

**PATRIOT SERVICES GROUP
LOUISIANA, INC.,**
a Louisiana corporation,

**Case No:** 2:22-cv-00011-SPC-NPM

Plaintiff,

**v.**

**LUXOR CONTRACTING GROUP, INC.**
a Florida corporation,

Defendants.

_____/

## <u>DEFENDANT'S NOTICE REGARDING VENUE</u>

The Defendant, LUXOR CONTRACTING GROUP, INC., hereby gives Notice to the Court of clarifying its position as to the proper location for this suit, specifically, it states that Louisiana is a more convenient venue for litigating the above-styled action, and states the following:

1. On March 28, 2022, the Court entered an Order requiring the parties to jointly show cause as to why the above-styled action should not be transferred to the United States District Court for the Eastern District of Louisiana (the "Order to Show Cause"). [D.E. 21].

1

2. On April 8, 2022, counsel for Defendant and counsel for Plaintiff engaged in correspondence to discuss the content of the joint statement in response to the Order to Show Cause prior to filing.

3. At 12:43 PM, April 8, 2022, the Plaintiff's representative[1] stated to the undersigned that Plaintiff was willing to dismiss and re-file the above-styled action in Louisiana if Defendant did not stipulate that the state of Florida is the most convenient forum by close of business that same day.

4. In reliance on Plaintiff's representation that it would be willing to litigate in either Florida or Louisiana, the undersigned began efforts to discuss this potential of the Plaintiff voluntarily refiling in Louisiana. The Defendant agreed that Louisiana was the proper location for this case.

5. A few minutes after Plaintiff indicated a willingness to move the case to Louisiana, Plaintiff's counsel filed the joint response to the Order to Show Cause, noting that Defendant did not stipulate to Plaintiff's statement that the state of Florida would be the most convenient forum, and requesting that the Court enter an order regarding whether there is cause for this matter to remain before this Court (the "Response to Order to Show Cause"). [D.E.

---

[1] Plaintiff's corporate representative, a Florida attorney, has been in periodic direct contact with the undersigned with the express consent of Plaintiff and Plaintiff's counsel.

www.spirelawfirm.com

23]. This filing occurred prior to the undersigned being able to discuss the matter with Defendant and provide a response to the Plaintiff.

6. Shortly thereafter, at 1:46 PM on April 8, 2022, the Court entered an Order on the Response to Order to Show Cause stating that "the Court will take no further action on its Order at this time." [D.E. 24].

7. The undersigned believes that the timing of Plaintiff's counsel's filing was an entirely good faith mix-up—Mr. Edgecombe has been professional and courteous in discussing this matter. However, the joint statement ultimately misrepresented Defendant's position.

8. Defendant believes that the proper location for this lawsuit is in Louisiana, as that is the location of the underlying property at issue in this case. Furthermore, given the Plaintiff's representation that it is willing to litigate the matter in Louisiana, Defendant believes that is the appropriate course.

9. If necessary, Defendant will file a motion briefing the Court on Defendant's position in favor of transfer or dismissal for forum non conveniens.

Dated:       This 11th day of April 2022.

3

Respectfully submitted,

SPIRE LAW, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765


By:    */s/ Jesse I. Unruh*
         Jesse I. Unruh, Esq.
         Florida Bar No. 93121
         jesse@spirelawfirm.com
         laura@spirelawfirm.com
         sarah@spirelawfirm.com
Attorney for Defendant | Luxor
Contracting Group, Inc

## CERTIFICATE OF SERVICE

I hereby Certify that on this  11th day of April, 2022, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to: Adam B. Edgecombe, 10151 Deerwood Park Boulevard Building 300, Suite 300 Jacksonville, FL 32256 aedgecombe@lippes.com; jgarmon@lippes.com.


*/s/ Jesse Unruh*
Attorney

4

www.spirelawfirm.com