UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**PATRIOT SERVICES GROUP**
**LOUISIANA, INC.**,
a Louisiana corporation,

                                              **Case No:** 2:22-cv-00011-SPC-NPM

                Plaintiff,

**v.**

**LUXOR CONTRACTING GROUP, INC.**
a Florida corporation, and
**LUXOR BUILDING GROUP, LLC**,
A Louisiana limited liability company,

                Defendants.

_____/

## **DEFENDANTS' AMENDED[1] NOTICE REGARDING VENUE**

    Defendants, LUXOR CONTRACTING GROUP, INC. ("Luxor Florida") and LUXOR BUILDING GROUP, LLC ("Luxor Louisiana") (collectively, "Defendants") hereby give Notice to the Court to clarify Defendants' position with respect to the proper location for this suit, specifically, Defendants state that Louisiana is a more convenient venue for litigating the above-styled action, and further state the following:

---

[1] Defendants amend this notice to clarify that this Notice states the position of both Defendants.

1. On March 28, 2022, the Court entered an Order requiring the parties to jointly show cause as to why the above-styled action should not be transferred to the United States District Court for the Eastern District of Louisiana (the "Order to Show Cause"). [D.E. 21].

2. On April 8, 2022, counsel for Defendants and counsel for Plaintiff engaged in correspondence to discuss the content of the joint statement in response to the Order to Show Cause prior to filing.

3. At 12:43 PM, April 8, 2022, the Plaintiff's representative[2] stated to the undersigned that Plaintiff was willing to dismiss and re-file the above-styled action in Louisiana if Defendants did not stipulate that the state of Florida is the most convenient forum by close of business that same day.

4. In reliance on Plaintiff's representation that it would be willing to litigate in either Florida or Louisiana, the undersigned began efforts to discuss this potential of the Plaintiff voluntarily refiling in Louisiana. Defendants agreed that Louisiana was the proper location for this case.

5. A few minutes after Plaintiff indicated a willingness to move the case to Louisiana, Plaintiff's counsel filed the joint response to the Order to Show Cause, noting that Defendants did not stipulate to Plaintiff's statement that

---

[2] Plaintiff's corporate representative, a Florida attorney, has been in periodic direct contact with the undersigned with the express consent of Plaintiff and Plaintiff's counsel.

the state of Florida would be the most convenient forum, and requesting that the Court enter an order regarding whether there is cause for this matter to remain before this Court (the "Response to Order to Show Cause"). [D.E. 23]. This filing occurred prior to the undersigned being able to discuss the matter with Defendants and provide a response to the Plaintiff.

6. Shortly thereafter, at 1:46 PM on April 8, 2022, the Court entered an Order on the Response to Order to Show Cause stating that "the Court will take no further action on its Order at this time." [D.E. 24].

7. The undersigned believes that the timing of Plaintiff's counsel's filing was an entirely good faith mix-up—Mr. Edgecombe has been professional and courteous in discussing this matter. However, the joint statement ultimately misrepresented Defendants' position.

8. Defendants believe that the proper location for this lawsuit is in Louisiana, as that is the location of the underlying property at issue in this case. Furthermore, given the Plaintiff's representation that it is willing to litigate the matter in Louisiana, Defendants believe that is the appropriate course.

9. If necessary, Defendants will file a motion briefing the Court on Defendants' position in favor of transfer or dismissal for forum non conveniens.

Dated:   This 11th day of April 2022.

>Respectfully submitted,
>
>SPIRE LAW, LLC
>2572 W. State Road 426, Suite 2088
>Oviedo, Florida 32765
>
>By:   /s/ *Jesse I. Unruh*
>      Jesse I. Unruh, Esq.
>      Florida Bar No. 93121
>      jesse@spirelawfirm.com
>      laura@spirelawfirm.com
>      sarah@spirelawfirm.com
>Attorney for Defendants | Luxor
>Contracting Group, Inc and Luxor
>Building Group, LLC

## CERTIFICATE OF SERVICE

I hereby Certify that on this 11th day of April, 2022, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to: Adam B. Edgecombe, 10151 Deerwood Park Boulevard Building 300, Suite 300 Jacksonville, FL 32256 aedgecombe@lippes.com; jgarmon@lippes.com.

>*/s/ Jesse Unruh*
>Attorney