UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRIOT SERVICES GROUP
LOUISIANA, INC., a Louisiana
corporation,

    Plaintiff,

v.                                  Case No.:  2:22-cv-11-SPC-NPM

LUXOR CONTRACTING GROUP
INC. and LUXOR BUILDING
GROUP, LLC,

    Defendants.

_____/

## **ORDER**[1]

Before the Court is the parties' Joint Stipulation Regarding Transfer (Doc. 34). All parties agree the Eastern District of Louisiana should hear this action. So they ask the Court to stay the pending deadlines and transfer. The Court agrees this is in the interest of justice and more convenient for the parties and witnesses. It, therefore, grants the request. 28 U.S.C. § 1404(a). In doing so, the Court notes its appreciation of counsel's ability to work together on this matter.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

1. The parties' request to transfer (Doc. 34) is **GRANTED**.

2. All deadlines set by this Court are **STAYED**.

3. The Clerk is **DIRECTED** to **TRANSFER** this action to the United States District Court for the Eastern District of Louisiana.

4. The Clerk is **DIRECTED** to **MOOT** any pending motions and **TERMINATE** all deadlines that remain on the Fort Myers docket.

5. The Clerk is **DIRECTED** to **CLOSE** the Fort Myers case.

**DONE** and **ORDERED** in Fort Myers, Florida on April 14, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record